■ In the Matter of GIL SHEARER, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [54 NYS3d 605]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Garry, J.P., Egan Jr., Lynch, Rose and Devine, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.